IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Christopher Duggan, et al.,** | : | |
| **Plaintiffs,** | : | Case No. 2:08-cv-814 |
| v. | : | Judge Sargus |
| **The Village of New Albany, et al.,** | : | Magistrate Judge Kemp |
| **Defendants.** | : | |

### AGREED DISMISSAL ENTRY

Plaintiffs Christopher Duggan, T. Patrick Duggan and V. Ann Hailey (collectively "Plaintiffs") and Defendants The Village of New Albany, Ohio ("New Albany"), New Albany Police Chief Mark Chaney ("Chief Chaney") and Steven Mowery ("Mowery") (sometimes collectively referred to as "Defendants") have fully and finally compromised and settled the above-entitled and numbered cause and seek dismissal with prejudice of all claims asserted in this case.

Accordingly, the above-entitled and numbered cause is dismissed with prejudice to the rights of the Plaintiffs to re-file the same cause or any part thereof. Each party is to pay their own expenses and attorney's fees.

**IT IS SO ORDERED.**

Date: 11-1-2010

U.S. District Court Judge Sargus

H2050959.2

**AGREED TO AND SUBMITTED BY:**

/s/ *Rex H. Elliott per e-mail authority*

Rex H. Elliott        (0054054)
Cooper & Elliott, LLC
2175 Riverside Drive
Columbus, Ohio 43221
(614) 481-6000
(614) 481-6001 (Facsimile)

*Attorney for Plaintiffs Christopher Duggan,*
*T. Patrick Duggan and V. Ann Hailey*

/s/ *Jeremy M. Grayem*

Alan G. Starkoff (0003286) Trial Attorney
Jeremy M. Grayem          (072402)
Schottenstein, Zox & Dunn Co., L.P.A.
250 West Street
Columbus, Ohio 43215-2538
(614) 462-4938 (Starkoff)
(614) 462-2284 (Grayem)
(614) 462-5135 (Facsimile)
astarkoff@szd.com
jgrayem@szd.com

*Attorneys for Defendants*
*The Village of New Albany and*
*Police Chief Mark Chaney*

/s/ *Nick C. Tomino per e-mail authority*

Nick C. Tomino              (0021132)
Tomino & Latchney, LLC, LPA
803 East Washington Street, Suite 200
Medina, Ohio 44256
(330) 723-4656
(330) 723-5445 (Facsimile)
ntomino@brightdsl.net

*Attorney for Defendant Steven Mowery*

H2050959.2

2